# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TCF NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-CV-2412 (PAM/JSM) |
| | ) |
| KASEY M. PHILLIPS; and the | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered the Parties' stipulation to entry of an order disbursing funds and dismissing action and the entire record herein,

IT IS HEREBY ORDERED the Stipulation is APPROVED; and accordingly

IT IS ORDERED that the TCF National Bank (Bank) is authorized and directed to disburse funds in the amount of **$239,180** from an account in the name of Kasey M. Phillips at the Bank by check payable to the **"United States Treasury"** and forward the check by overnight delivery to Mary E. Bielefeld, Senior Trial Attorney, U.S. Department of Justice, Tax Division, 555 Fourth Street, N.W., Room 8921, Washington, D.C. 20001; and

IT IS FURTHER ORDERED that this case shall be dismissed without costs or fees and judgment of dismissal without prejudice shall be entered.

Dated     June 19 , 2007  .

 s/Paul A. Magnuson
PAUL A. MAGNUSON
UNITED STATES DISTRICT JUDGE